In the Matter of A. ALBERT TORRE, Appellant, against WILLIAM J. HEFFERNAN et al., Constituting the Board of Elections of the City of New York, et al., Respondents.

Argued August 17, 1946; decided August 17, 1946.

*Frank Luongo* for appellant.

*Abraham J. Multer* for respondent-objectant.

*John J. Bennett, Corporation Counsel* (*Russell L. Tarbox* of counsel), for Board of Elections.

Order affirmed, without costs, on the authority of *Matter of King* v. *Cohen* (293 N. Y. 435). No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND and FULD, JJ. Taking no part: THACHER and DYE, JJ.